## ATTACHMENT A

### Property to be Searched

This warrant applies to information associated with the Facebook profiles with usernames as follows: **AlexMiachaelRamos** and **Michaela.ramos.5689** that are stored at premises owned, maintained, controlled, or operated by Facebook Inc., a company headquartered in Menlo Park, California.